# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-cr-61-6 FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| ALONZO LEE JOHNSON | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 520) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** The defendant was sentenced under the new guidelines, therefore, he does not warrant a further reduction.

**IT IS SO ORDERED**.

Signed: March 22, 2010

Frank D. Whitney
United States District Judge